**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| **In re Oak View Group, LLC Data Breach Litigation** | Case No. 1:26-cv-02742-CNS-CYC |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs Chloe Eisenberg, Justin Bowles, Samantha Wright, and Jack Krabbe (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby file this Notice of Voluntary Dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the individual claims of Plaintiffs in the above captioned case are hereby dismissed without prejudice against Defendant Oak View Group, LLC. No Answer or Motion for Summary Judgment has been filed in this case.

Dated: August 27, 2026

*/s/ Tanner R. Hilton*
Tanner R. Hilton
Tyler J. Bean
**SIRI & GLIMSTAD LLP**
101 Park Avenue
Suite 1300, #16982799
Oklahoma City, OK 73102
Tel: (212) 532-1091
E: tbean@sirillp.com
E: thilton@sirillp.com

*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing and effectuate service to all counsel of record in this matter.

*/s/ Tanner R. Hilton*
Tanner R. Hilton